NEW JERSEY BUSINESS AND INDUSTRY ASSOCIATES, ASSOCI-
ATED BUILDERS AND CONTRACTORS OF NORTHERN NEW
JERSEY, INC. AND NEW JERSEY CHAPTER, ASSOCIATED
BUILDERS AND CONTRACTORS v. NEW JERSEY ECONOMIC
DEVELOPMENT AUTHORITY.

April 21, 1980.

ORDERED that the appeal is hereby dismissed as moot. (See
81 *N.J.* 342)

LUIS A. NIEVES, JR.

v.

BRUNO–SHERMAN CORPORATION AND HARRIS
CORPORATION.

April 21, 1980.

Certification to Superior Court, Law Division is granted.

STATE OF NEW JERSEY v. LEE MORGENSTEIN.

April 24, 1980.

The parties to this matter having stipulated to a dismissal of
the within appeal, it is ORDERED that the appeal in this matter
be and hereby is dismissed.